IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. 3:06-cv-02682-CRB<br><br>MDL NO. 1699<br><br>JUDGE CHARLES R. BREYER |
| MAMIE FARWELL, et al.<br><br>    Plaintiff,<br><br>v.<br><br>PFIZER, INC., et al.,<br><br>    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO CASE NUMBER 05-02682 CRB, ORIGINALLY FILED IN THE US DISTRICT COURT, DISTRICT OF LOUISIANA** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff MAMIE FARWELL originally filed in the US District Court, District of Louisiana, Case Number 2:05-cv-04445-EEF-DEK, and then later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Product Liability Litigation,* may be and is hereby dismissed with prejudice.

The parties shall each bear their own costs.

1- STIPULATION AND ORDER OF DISMISSAL

Respectfully submitted:

Dated: 10-9-06      By: _____
                         Marnie Farwell

Dated: 10-9-06      By: _____
                         Jeffrey A. Bowersox, OSB # 81442
                         Email: Jeffrey@BLFpc.com
                         BOWERSOX LAW FIRM, P.C.
                         620 SW Fifth Avenue, Suite 1125
                         Portland, Oregon 97204
                         Telephone: (503) 452-5858
                         Facsimile: (503) 248-0200


Daniel E. Becnel, Jr., LA Bar #2929
Matthew B. Moreland, LA Bar #24567
Kevin P. Klibert, LA Bar #26954
LAW OFFICES OF DANIEL E. BECNEL, JR.
106 W. Seventh Street
Post Office Drawer H
Reserve, LA 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

Ronald Goldser, MN Bar #35932
Zimmerman Reed PLLP
651 Nicollet Mall #501
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
*Attorneys for Plaintiff Mark Fernquist*

Dated: 10-13-06     By: _____
                         Stuart Gordon, Esq., CA Bar #37477
                         Embarcadero Center West
                         275 Battery Street 20th Floor
                         San Francisco, CA 94111
                         Telephone: (415) 986-5900
                         Facsimile: (415) 986-8054

                         *Defendant's Liaison Counsel*

2- STIPULATION AND ORDER OF DISMISSAL

BOWERSOX LAW FIRM, P.C.
620 SW Fifth Avenue
Suite 1125
Portland, OR 97204

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  Oct. 20, 2006

_____
Honorable Charles Breyer
United States District Court



3- STIPULATION AND ORDER OF DISMISSAL

BOWERSOX LAW FIRM, P.C.
620 SW Fifth Avenue
Suite 1125
Portland, OR 97204