IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. 3:06-cv-02682-CRB<br><br>MDL NO. 1699<br><br>JUDGE CHARLES R. BREYER |
| SHIRLEY BERRY, et al.<br><br>    Plaintiff,<br><br>v.<br><br>PFIZER, INC., et al.,<br><br>    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS AS TO CASE NUMBER 06-02682 CRB, ORIGINALLY FILED IN THE US DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff SHIRLEY BERRY originally filed in the US District Court, Eastern District of Louisiana, Case Number 2:05-cv-04445-EEF-DEK, and then later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Product Liability Litigation,* may be and is hereby dismissed without prejudice.

// // // //

1- STIPULATION AND ORDER OF DISMISSAL

BOWERSOX LAW FIRM, P.C.
620 SW Fifth Avenue
Suite 1125
Portland, OR 97204

The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim, Plaintiff will only re-file in Federal Court. The parties shall each bear their own costs.

Respectfully submitted:

Dated: 10/-9/06    By: _____
                       Shirley Berry

Dated: 10-19-2006  By: _____
                       Jeffrey A. Bowersox, OSB # 81442
                       Email: Jeffrey@BLFpc.com
                       BOWERSOX LAW FIRM, P.C.
                       620 SW Fifth Avenue, Suite 1125
                       Portland, Oregon 97204
                       Telephone: (503) 452-5858
                       Facsimile: (503) 248-0200


                       Daniel E. Becnel, Jr., LA Bar #2929
                       Matthew B. Moreland, LA Bar #24567
                       Kevin P. Klibert, LA Bar #26954
                       LAW OFFICES OF DANIEL E. BECNEL, JR.
                       106 W. Seventh Street
                       Post Office Drawer H
                       Reserve, LA 70084
                       Telephone: (985) 536-1186
                       Facsimile: (985) 536-6445

                       *Attorneys for Plaintiff Shirley Berry*

Dated: 10-24-06    By: _____
                       Stuart Gordon, Esq., CA Bar #37477
                       Embarcadero Center West
                       275 Battery Street 20th Floor
                       San Francisco, CA 94111
                       Telephone: (415) 986-5900
                       Facsimile: (415) 986-8054

                       *Defendant's Liaison Counsel*

2- STIPULATION AND ORDER OF DISMISSAL

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  October 27, 2006 _____
Honorable Charles Breyer
United States District Court



3- STIPULATION AND ORDER OF DISMISSAL

BOWERSOX LAW FIRM, P.C.
620 SW Fifth Avenue
Suite 1125
Portland, OR 97204