United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER** |

*This document relates to:*

Calvin Kimble, Howard Klever, 06-229 CRB

Balden Pratt, 06-356 CRB

Tracey Harris, Maura St. Martin, Carl Slusser, Kathe Powers, Margaret Terrill, Annette Currier, Karen Knutson, Nicholas Lawpaugh, John Bradshaw, 06-2682 CRB

Calvin Kimble, Howard Klever, Kurt Lebert, 05-5355 CRB

Beulah Stewart, Ira Basinger, Barbara Simpson, Mark Fernquist, Rick Brewer, Netha Lester, 05-5356 CRB

Le Nguyen, 05-6398 CRB

_____/

    Now pending before the Court are the motions of Jeffrey A. Bowersox and the Law Offices of Daniel El. Becnel, Jr. to withdraw as counsel for the above plaintiffs. Counsel are directed to file a declaration or declarations under seal that sets forth the reasons for their

1  motion to withdraw. The Court will take the motions to withdraw under submission after the
2  filing of the declaration(s).

**IT IS SO ORDERED.**

Dated: July 11, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderrebowe2soxdeclarartion.wpd