IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER DENYING MOTION TO WITHDRAW AS COUNSEL** |

*This document relates to:*

Carl Slusser, 06-2682 CRB
_____/

By Order dated July 31, 2007, the Court ordered plaintiff Carl Slusser to show cause why his counsel's motions to withdraw should not be granted and his claims dismissed for a failure to prosecute. Plaintiff timely responded to the Court's order. From his response it appears that he is not aware of his obligation to produce plaintiff fact sheets and related material. Accordingly, counsel's motion to withdraw is DENIED. The denial is without prejudice to counsel filing a new motion to withdraw after they have assisted plaintiff with completion and submission of the required documentation.

**IT IS SO ORDERED.**

Dated: August 28, 2007

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\showcauseorders\bowersox06-2682Slusser.wpd

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

G:\CRBALL\2005\1699\showcauseorders\bowers2x06-2682Slusser.wpd