IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ *This document relates to:*    Tracey Harris,   06-2682 CRB <br>   Maura St. Martin,  06-2682 CRB <br>   Kathe Powers,   06-2682 CRB <br>   Margaret Terrill,  06-2682 CRB <br>   Annette Currier,  06-2682 CRB <br>   Karen Knutsen,   06-2682 CRB <br>   Nicholas Lawpaugh,06-2682 CRB <br>   John Bradshaw,   06-2682 CRB _____/ | No. MDL 05-01699 CRB **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND DISMISSING CLAIMS FOR A FAILURE TO PROSECUTE** |

By Order dated July 31, 2007, the Court directed the plaintiffs identified in the caption to show cause on or before August 23, 2007 as to why their counsel's motion to withdraw should not be granted and their claims should not be dismissed for a failure to prosecute. As of the date of this Order, none of the above-identified plaintiffs has responded to the Court's Order. Accordingly, the motions to withdraw as counsel for the above plaintiffs are GRANTED and the claims of the plaintiffs are DISMISSED with prejudice pursuant to

//

1  Federal Rule of Civil Procedure 41.

2  **IT IS SO ORDERED.**

3
4  Dated: August 28, 2007                              _____
                                                        CHARLES R. BREYER
                                                        UNITED STATES DISTRICT JUDGE