United States District Court
For the Northern District of California

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, | No. MDL 05-01699 CRB **ORDER RE: ATTORNEY DECLARATION** |
|---|---|

_____/

*This document relates to:*

   Earnest Karn, 06-2682 CRB

_____/

     Now pending before the Court is the motion of the Bowersox Law Firm, P.C. and the Law Offices of Daniel E. Becnel, Jr. to withdraw as counsel for the above plaintiff in the above action. Counsel are directed to file a declaration or declarations under seal that sets forth the reasons for their motion to withdraw. The Court will take the motion to withdraw under submission after the filing of the declaration(s). Counsel are further advised that the Court will not consider a motion to withdraw as counsel without such declaration; therefore, in the future counsel should not move to withdraw without simultaneously requesting permission to file under seal, and filing under seal, a declaration supporting the motion to

//
//
//

withdraw.

**IT IS SO ORDERED.**

Dated: Oct. 1, 2007

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderrebower2soxdeclarartion3wpd.wpd